993 A.2d 870

Dequincy W. DAWSON, Admin. for the Estate
of Clarence Dawson, Decedent,

v.

EPISCOPAL LONG TERM CARE, and
Fairmount Long Term Care, et al.

Petition of Episcopal Long Term Care.

No. 142 EM 2009.

Supreme Court of Pennsylvania.

April 19, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April, 2010, the Application for Consolidation is **GRANTED,** the Application for Relief and the Application for Relief for Correct Designation of its Petition for Allowance of Appeal are **DENIED,** and the Application to Strike New Matter is **DISMISSED AS MOOT.**